UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARCY AARON HARPER,<br><br>Plaintiff,<br><br>v.<br><br>DR. RAMOS, et al.,<br><br>Defendants. | No. 1:17-cv-00606-DAD-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 15) |

Plaintiff Darcy Aaron Harper is a prisoner proceeding *pro se* and *in forma pauperis* with this civil rights actions pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. 636(b)(1)(B) and Local Rule 32.

On July 29, 2019, the assigned magistrate judge screened the second amended complaint and found that plaintiff had stated cognizable claims under the Eighth Amendment against defendants Dr. Ramos, Dr. Htay, and Dr. Varanasi for providing inadequate medical care. (Doc. No. 12 at 7.) The magistrate judge also found that the second amended complaint failed to state any other cognizable claim against any other defendant. (*Id.* at 8.) Plaintiff was granted leave to file a third amended complaint or to notify the court of his willingness to proceed only on the claims found to be cognizable in the screening order. (*Id.*) On August 7, 2019, plaintiff notified the court of his willingness to proceed only on the cognizable claims identified by the magistrate judge in the screening order. (Doc. No. 13.)

Consequently, on August 14, 2019, the assigned magistrate judge issued findings and recommendations, recommending that this action proceed on plaintiff's claims under the Eighth Amendment against defendants Dr. Ramos, Dr. Htay, and Dr. Varanasi for providing inadequate medical care. (Doc. No. 15.) The magistrate judge recommended that all other claims and defendants be dismissed. (*Id.* at 2.) The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service. (*Id.*) No objections have been filed and the time n which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on August 14, 2019 (Doc. No. 15) are adopted in full;
2. This action shall proceed on plaintiff's claims brought under the Eighth Amendment against defendants Dr. Ramos, Dr. Htay, and Dr. Varanasi for allegedly providing inadequate medical care;
3. All other claims and defendants are dismissed for failure to state cognizable claims for relief; and
4. This action is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **October 30, 2019**

UNITED STATES DISTRICT JUDGE

2