UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARCY AARON HARPER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DR. RAMOS, et al.,<br><br>　　　　Defendants. | **1:17-cv-00606-DAD-GSA-PC**<br><br>**ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION WITHIN THIRTY DAYS TO MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANTS HTAY AND RAMOS**<br><br>**(ECF No. 39.)**<br><br>**THIRTY-DAY DEADLINE** |

Darcy Aaron Harper ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds against defendants Htay, Ramos, and Varanisi for providing inadequate medical care in violation of the Eighth Amendment.

On February 10, 2021, defendants Htay and Ramos filed a motion for summary judgment. (ECF No. 39.) Plaintiff was required to file an opposition or a statement of non-opposition to the motion within twenty-one days, but has not done so.[1] Local Rule 230(*l*).

---

[1] Two motions for summary judgment are now pending in this case.

　On January 8, 2021, defendant Varanasi filed a motion for summary judgment. (ECF No. 34.) On February 2, 2021, Plaintiff filed an opposition to the motion. (ECF No. 37.) On February 9, 2021, defendant Varanasi filed a reply to Plaintiff's opposition. (ECF No. 38.) This motion is now fully briefed. Local Rule 230(*l*).

　On February 10, 2021, defendants Htay and Ramos filed a motion for summary judgment. (ECF No. 39.) Plaintiff has not responded to this motion.

1

Accordingly, within **thirty (30) days** from the date of service of this order, Plaintiff must file an opposition or a statement of non-opposition to the motion for summary judgment filed by defendants Htay and Ramos on February 10, 2021. If Plaintiff fails to comply with this order, the court shall recommend that this case be dismissed for failure to obey the court's order and failure to prosecute.

IT IS SO ORDERED.

Dated: **April 29, 2021**　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE