Case 1:17-cv-00606-DAD-GSA   Document 49   Filed 07/27/21   Page 1 of 2

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARCY AARON HARPER,<br><br>        Plaintiff,<br><br>    v.<br><br>RAMOS, et al.,<br><br>        Defendants. | No. 1:17-cv-00606-DAD-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 47, 48) |

        Plaintiff Darcy Aaron Harper is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On May 24, 2021, the assigned magistrate judge issued findings and recommendations, recommending that defendant Dr. Varanasi's motion for summary judgment be granted.  (Doc. No. 47.)  Thereafter, on May 25, 2021, the magistrate judge issued findings and recommendations, recommending that defendants Dr. Ramos and Dr. Htay's motion for summary judgment be granted.  (Doc. No. 48.)  Both sets of findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (Doc. Nos. 47 at 21, 48 at 24.)  To date, no objections to the findings and recommendations have been filed with the court, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on May 24, 2021 (Doc. No. 47) and May 25, 2021 (Doc. No. 48) are adopted in full;
2. Defendant Varanasi's motion for summary judgment (Doc. No. 34) is granted;
3. Defendants Dr. Ramos and Dr. Htay's motion for summary judgment (Doc. No. 39) is granted; and
4. The Clerk of the Court is directed to enter judgment in favor of defendants and close this case.

IT IS SO ORDERED.

Dated: **July 26, 2021**

_____
UNITED STATES DISTRICT JUDGE